# -EXHIBIT A-



## It's Giving 'ICY GRL'! Saweetie Teams Up with Candy Crush Saga to Reveal First-Ever $250,000 Cash Prize Pot and Limited-Edition Championship Rings for 2023 All Stars Final Winners

March 20, 2023

- *On March 23, the Candy Crush® All Stars tournament is back, giving Crushers the chance to be crowned this year's ultimate champion*
- *For the first time ever, Candy Crush Saga is giving 10 All Star finalists the chance to reach the Live Final in London to take home a share of some jaw-dropping prizes*
- *It gets sweeter - 'ICY GRL' rapper Saweetie teamed up with Candy Crush Saga® to reveal the Icebox bling rings plus a jaw-dropping $250,000 prize pot up for grabs for the finalists*

NEW YORK, March 20, 2023 /PRNewswire/ -- Ever dreamt of living the life of an internationally renowned athlete - earning stacks of cash, an *All Stars* win under your belt, and a blinged out championship ring to prove it? Well now is your chance.

For the first time ever, *Candy Crush Saga* is rewarding its *All Stars* tournament winners with three championship rings worth $75,000 in total, designed by Atlanta-based jeweler, Icebox. The fierce competition kicks off this Thursday, March 23 when players can compete in-game for an invitation to the live final in London, and a chance to take home a share of the $250,000 prize pot and the championship rings.

To kick off the 2023 *All Stars* tournament, *Candy Crush Saga* has partnered with GRAMMY-nominated Hip Hop artist and long-time player of the game, Saweetie, to star in a new film that reveals the diamond-encrusted championship rings up for grabs.

Mo, Rafi and Z, the three brothers behind Icebox who have made iconic jewels for Hip Hop legends, as well as championship rings for the biggest names in sport, are the creators of the trio of bling rings. The three handcrafted rings for the First, Second and Third place winners will be iced out to the max with rare gems inspired by the game's iconic candies. Dripping in Amethysts, Yellow and Orange Sapphires, Rubies, Blue Topaz and Brown Tourmaline, set into the 14K Gold Candy Drip for a color-popping sensation.

The championship rings are so exclusive, not even 'ICY GRL' herself Saweetie could swipe one. Starring in a new film, the jewelry-obsessed rapper tries to raid the Icebox briefcase; mission *not* accomplished. The 'ICY GRL' hitmaker, real name Diamonté, is known for her love of rocks, often decked out in her iconic 'ICY' diamond chain and encrusted grills, but the *Candy Crush All Stars* ring is one rock she couldn't get her hands on. The only way anyone - even GRAMMY Award Nominated rappers - can get hold of these rings is to Crush their way to a spot in the Final.

**Rapper Saweetie** commented: *"As the original 'ICY GRL', you know I love my ice! Icebox's pieces are so special and amazing. It was a pleasure developing the idea for the short film created in partnership with director Scott Kelley and Candy Crush Saga. I even flexed my best athletic skills inspired by my favorite female spy movie, but I still couldn't get those beautiful rings on my fingers! The Candy Crush championship rings need to be a part of my icy collection, so I'll definitely be tapping into the All Stars tournament! I know das right!"*

**Zahir "Z" Jooma, Icebox Founder and Jewelry Designer,** says: *"When Candy Crush Saga came to us and asked us to create their first ever All Stars championship rings, it was an opportunity we couldn't turn down. We've designed for platinum-selling artists, and next level athletes, and now we're handcrafting a one-of-a-kind piece of ice for the best Crushers out there."*

**Fernanda Romano, Chief Marketing Officer at King, makers of the Candy Crush franchise,** says*: "The amount of dedication and passion our players put into the tournament is incredible, so it only seems right to reward them like the true champions they are. Candy Crush All Stars is one of the biggest tournaments on the planet, and we want to make sure the rewards for our winners reflect that. So, this year, to mark King's 20th anniversary, we're giving away our biggest prize ever. Taking inspiration from the world's largest sporting events, three finalists can win an epic candified championship ring that has Saweetie's seal of approval alongside the biggest prize pot ever announced for a casual mobile game."*

The free-to-enter *Candy Crush All Stars* tournament goes live on March 23, open to anyone over 18 years old from select markets who are Level 25 and higher. All players have until April 3 to compete in round one of the tournament. The finalists of this round will then go on to compete in the quarter finals and semifinals before the ten finalists are invited to fly to London on May 25 for the final showdown. *Candy Crush Saga* will fly out all ten finalists, and plus ones, to London for an all-expenses paid trip to enjoy a wealth of fun-filled games and activities before crowning the ultimate *All Stars* champion.

*Candy Crush Saga* is available to download and play for free on iOS and Android. To learn more about the mobile game, visit: [www.candycrushsaga.com](http://www.candycrushsaga.com).

**Notes to editor**

- Players must be 18+ and must be available for UK travel 23-28 May 2023 to enter the Final.
- Players must be from participating countries only: United States, United Kingdom, Brazil, Canada, Germany, France, Italy, Netherlands, Spain, Sweden, Switzerland, Norway, Denmark, Austria, Ireland, Finland, Poland, Romania, Czech Republic, Greece and Portugal.
- For the London Live Final, Candy Crush Saga will fly out ten finalists to London from 25th May – 30th May, including a

five-night stay in a luxury hotel. As well as competing in activity and games to be crowned the champion, the finalists will have the chance to meet the team behind one of the world's most played mobile games and feed into the creative process behind Candy Crush Saga. This trip is subject to change per national government COVID travel restrictions.

- For competition T&Cs, visit https://candycrush-saga.web.app/pages/all_stars_terms

**About King**

With a mission of *Making the World Playful*, King is a leading interactive entertainment company and the creator of the world-famous *Candy Crush* franchise, as well as other mobile game hits including *Farm Heroes Saga*. *Candy Crush* is the top-grossing franchise in U.S. app stores, a position it has held for the last five years, and King's games are being played by 233 million monthly active users as of Q4 2022. King, a part of Activision Blizzard (NASDAQ: ATVI), has game studios in Stockholm, Malmö, London, Barcelona and Berlin and offices in San Francisco, New York, Los Angeles and Malta. More information can be found at King.com or by following us on LinkedIn, @lifeatking on Instagram, or @king_games on Twitter.

© 2023 King.com Ltd. King, the King crown logo, Candy Crush, the Tiffi character, Candy Crush Saga and related marks are trademarks of King.com Ltd and/or related entities.

**About Icebox Diamonds & Watches**

Icebox is a family-owned jewelry brand founded in 1976 by the Jooma family. Operated today by three brothers, Mo, Rafi and Zahir "Z" Jooma, Icebox specializes in natural diamond and solid gold fine jewelry including custom designs and watches.

Icebox creates one of a kind custom jewelry for world renowned stars in music, sports and entertainment, regularly sharing celebrity shopping experiences via episodes on their YouTube channel and across other social media platforms. The Icebox Flagship Showroom is located in Atlanta, GA, with Icebox Boutiques inside Saks Fifth Avenue's Atlanta, Miami & New York locations.

For more information, visit Icebox.com and follow @icebox on Instagram and TikTok.









C  View original content to download multimedia:https://www.prnewswire.com/news-releases/its-giving-icy-grl-saweetie-teams-up-with-candy-crush-saga-to-reveal-first-ever-250-000-cash-prize-pot-and-limited-edition-championship-rings-for-2023-all-stars-final-winners-301775707.html

SOURCE King

Katherine Espinosa, The Romans, Katherine.Espinosa@wearetheromans.com

Case 2:25-cv-09082-FLA-MAR Document 1-1 Filed 09/24/25 Page 5 of 5 Page ID #:38